No. 86–1412.   ROSENBLOOM ET AL. *v.* ROTHBERG.   C. A. 3d Cir.   Certiorari denied.

No. 86–1413.   STOREY ET AL. *v.* GEORGIA.   Ct. App. Ga. Certiorari denied.

No. 86–1418.   MCDONALD *v.* BOARD OF EQUALIZATION ET AL. Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 86–1420.   MASSACHUSETTS *v.* LAHTI.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 86–1423.   TINLEY PARK COMMUNITY CONSOLIDATED SCHOOL DISTRICT NO. 146 ET AL. *v.* JENNINGS.   C. A. 7th Cir. Certiorari denied.

No. 86–1426.   TUCKER *v.* BENNETT ET AL.   C. A. 10th Cir. Certiorari denied.

No. 86–1437.   BRUMFIELD *v.* MISSISSIPPI STATE BAR ASSN. Sup. Ct. Miss.   Certiorari denied.

No. 86–1445.   FIRST TEAM AUCTION, INC. *v.* FIRST STATE BANK OF CLAY COUNTY.   C. A. 11th Cir.   Certiorari denied.

No. 86–1459.   LAW ENFORCEMENT INSURANCE CO., LTD. *v.* CORCORAN, SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, AS LIQUIDATOR OF IDEAL MUTUAL INSURANCE CO. C. A. 2d Cir.   Certiorari denied.

No. 86–1460.   ESPENSCHIED *v.* MERIT SYSTEMS PROTECTION BOARD.   C. A. Fed. Cir.   Certiorari denied.

No. 86–1463.   CORONA ET AL. *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 86–1467.   STEMER *v.* WAYNE COUNTY DEPARTMENT OF HEALTH ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 86–1479.   RATCLIFF *v.* MCKEEVER ET AL.   C. A. 5th Cir. Certiorari denied.